UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU WU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FERROVIAL SERVICES INFRASTRUCTURE INC., et al.,<br><br>        Defendants. | Case No. 3:20-cv-09447-WHO<br><br>**ORDER ON MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE AWARDS**<br><br>Re: Dkt. No. 39 |

On August 24, 2022, this Court conducted a hearing on Plaintiffs' Motion for Attorneys' Fees, Costs, and a Class Representative Incentive Awards. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of $50,000, or one-third of the common fund created by the settlement, is reasonable for a contingency fee in a class action such as this. *See Laffitte v. Robert Half Int'l Inc.*, 1 Cal. 5th 480 (2016) (affirming award of attorneys' fees in the amount of one-third of the non-reversionary common fund); *Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 297 (N.D. Cal. 1995) ("the cases . . . in which high percentages such as 30-50 percent of the fund were awarded involved relatively smaller funds of less than $10 million").

2. Plaintiffs' counsel has also provided sufficient evidence to establish that the award is reasonable in light of a lodestar cross-check, which the Court finds to be the product of reasonable billing rates and hours billed to the litigation.

3. Additionally, evidence submitted by Plaintiffs' Counsel demonstrates that the requested costs of $10,787.41 are fair and reasonable.

4. The Court accordingly awards a total of $50,000 in attorneys' fees and $10,787.41 in costs to Capstone Law APC.

5. The Court also approves incentive awards of $2,500, each, to Plaintiffs Jason Brunton and Brian Cooley.

**IT IS SO ORDERED.**

Dated: August 25, 2022



William H. Orrick
United States District Judge