UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU WU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FERROVIAL SERVICES INFRASTRUCTURE INC., et al.,<br><br>        Defendants. | Case No. 3:20-cv-09447-WHO<br><br>**JUDGMENT** |

Pursuant to the Order Granting the Motion for Final Approval of the Class Action Settlement and Order Granting the Motion for Attorneys' Fees, Costs and Expenses, and Class Representative Enhancement Payments (collectively, the "Orders"), it is hereby **ORDERED**, **ADJUDGED, AND DECREED** as follows:

    1.    Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Orders and the Class Action Settlement Agreement ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

    2.    As provided by the Orders, all Class Members who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined by the Settlement Agreement.

    3.    Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Participating Class Members, for purposes of enforcing the terms of the Judgment entered herein.

    **IT IS SO ORDERED.**

Dated: August 25, 2022

William H. Orrick
United States District Judge